Ronald W. Carter, Esq. (Calif. Bar No. 107935)
2201 Broadway, Suite 815
Oakland, CA 94612
Telephone: (510) 465-6500
Fax: (510) 465-1330

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, EX REL. STEVEN FUHR<br><br>PLAINTIFF(S)<br><br>v.<br><br>CORINTHIAN COLLEGES, INC.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV07-1157 AG (CWx)<br><br>SUMMONS |
|---|---|

TO:   DEFENDANT(S):   CORINTHIAN COLLEGES, INC.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Ronald W. Cater, Esq._____, whose address is _2201 Broadway, Suite 815, Oakland, CA 94612_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  MAY 1 8 2009          By:  DODJIE GARGANTOS
                                    Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                     SUMMONS

Brad Pigott, Esq. (Miss, Bar No. 4350)
PIGOTT REEVES JOHNSON, P.A.
775 N. Congress Street
Jackson, MS  39202
Telephone: (601) 354-2121
Fax:    (601) 354-7854

Timothy J. Matusheski (Miss. Bar No. 100998)
Attorney at Law
4363 Hwy 145 North
Post Office Box 1421
Waynesboro, MS  39367
Telephone: (601) 735-5222
Fax: (601) 735-5008

Attorneys for Relator Steven Fuhr