BRAD D. BRIAN (State Bar No. 079001)
Brad.Brian@mto.com
HEATHER E. TAKAHASHI (State Bar No. 245845)
Heather.Takahashi@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

BLANCA F. YOUNG (State Bar No. 217533)
Blanca.Young@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant
CORINTHIAN COLLEGES INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. STEVEN FUHR,<br><br>Plaintiff,<br><br>vs.<br><br>CORINTHIAN COLLEGES INC.,<br><br>Defendant. | CASE NO.  8:07-cv-01157-AG(CWx)<br><br>**JUDGMENT**<br><br>The Honorable Andrew J. Guilford |

[PROPOSED] JUDGMENT - 8:07-CV-01157

1  This action came on for hearing before the Court, The Honorable Andrew J.
2  Guilford, District Judge, presiding, and the issues having been duly heard and a
3  decision having been duly rendered,
4  It is ORDERED AND ADJUDGED that Plaintiff take nothing and that
5  the action be dismissed with prejudice.
6  Dated at Santa Ana, California this 24th day of August, 2009.

_____
Andrew J. Guilford
United States District Judge

Respectfully submitted,

DATED: August 3, 2009      MUNGER, TOLLES & OLSON LLP


By:      */s/ Blanca F. Young*
         BLANCA F. YOUNG

Attorneys for Defendant
CORINTHIAN COLLEGES INC.

8456006.1